ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
BENJAMIN J. DOYLE
Nevada Bar No. 15210
Benjamin.Doyle@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 / FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY SISOLAK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Company; and DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive;<br><br>　　　　　Defendants. | CASE NO.: 22-cv-01124-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff ASHLEY SISOLAK ("Plaintiff"), by and through her counsel, THE COTTNER FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with

...

...

...

...

...

4894-4652-9588.1

each party to bear their own attorney's fees and costs.

DATED this 12th day of October 2022.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ *Amy A. Hames*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
BENJAMIN J. DOYLE
Nevada Bar No. 15210
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 5th day of October 2022.

THE COTTNER FIRM

/s/
KYLE P. COTTNER
Nevada Bar No. 12722
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 530-7777
Facsimile: (702) 832-5962
*Attorneys for Plaintiff Ashley Sisolak*

## ORDER

**IT IS SO ORDERED.**

DATED this 13th day of October, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE